

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2016

No. 04-16-00452-CR

Jose Guadalupe **AGUIRRE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7206
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

Appellant's brief was originally due on August 29, 2016. Appellant's retained counsel, Mr. Jorge G. Aristotelidis, has been granted two previous extensions, the latest until October 28, 2016. On October 28, 2016, Mr. Aristotelidis filed his third request for an extension. The motion is GRANTED, and Mr. Aristotelidis is hereby ORDERED to file appellant's brief <u>no later than November 28, 2016</u>. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2016.

Keith E. Hottle
Clerk of Court